UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CRAIG CUNNINGHAM, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff,

v.

YELLOWSTONE CAPITAL LLC, and
INTEGRITY CAPITAL SOLUTIONS, INC.

    Defendants.
_____/

Case No. 0:16-cv-62029-WPD

### ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation of Dismissal With Prejudice [DE 45] (the "Stipulation"), filed herein on February 8, 2017. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 45] is hereby **GRANTED**;

2. The above styled action is **DISMISSED with prejudice**;[1]

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 9th day of February, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] The dismissal with prejudice does not impact the rights of the putative class.

Copies to:
Counsel of record